THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESTERN NEW YORK & PENNSYLVANIA RAILWAY COMPANY, Appellant, v. EGBURT E. WOODBURY and Others, as Tax Commissioners of the State of New York, Constituting the State Board of Tax Commissioners, and the CITY OF BUFFALO, Defendants. (City of Buffalo, 1908.) STATE TAX COMMISSION and CITY OF BUFFALO, Respondents.— Appeal from a final order of the Special Term of the Supreme Court, dated December 3, 1910, entered in the office of the clerk of Albany county on December 24, 1910, reducing for equalization purposes certain special franchise assessments against appellant in the city of Buffalo and as thus reduced, confirming them. Appeal dismissed, with one bill of costs to the respondents, for the reason that it is impossible to present the matter on a complete record. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur. [See sub nom. People ex rel. N. Y. C. & H. R. R. R. Co. v. Woodbury, 74 Misc. 130; Id. 145.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESTERN NEW YORK & PENNSYLVANIA RAILWAY COMPANY, Respondent, v. EGBURT E. WOODBURY and Others, as Tax Commissioners of the State of New York, Constituting the State Board of Tax Commissioners, and the CITY OF BUFFALO, Defendants. (City of Buffalo, 1908.) STATE TAX COMMISSION, as Successor to the State Board of Tax Commissioners of the State of New York, and CITY OF BUFFALO, Appellants.— Order reversed, on the law and facts, with fifty dollars costs and disbursements, and motion denied, with ten dollars costs. It appears that one volume of the stenographer's minutes is missing. The evidence as to its contents is not satisfactory. The record is, therefore, incomplete. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.